**Order entered September 30, 2014**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-13-01547-CR

**TIMOTHY SCOTT HARRIMAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. F94-01553-ML**

## ORDER

The Court **REINSTATES** the appeal.

On July 30, 2014, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On September 29, 2014, we received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeal, we **VACATE** the July 30, 2014 order requiring findings.

We **GRANT** the September 29, 2014 extension motion and **ORDER** appellant's brief filed as of the date of this order.

No hearing was conducted on the motion for post-conviction DNA testing at issue in this appeal. However, appellant's brief cites to the reporter's record of the underlying trial. Accordingly, we **DIRECT** the Clerk of this Court to transfer the clerk's and reporter's records

from the appeal of cause no. 05-94-00905-CR, styled *Timothy Harriman v. The State of Texas*, into the above appeal.

We further **DIRECT** the Clerk to file a copy of this order in cause no. 05-94-00905-CR.


/s/     LANA MYERS
          JUSTICE